IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER TERRESS DUNN                                          PLAINTIFF

v.                          No. 5:16-cv-249-DPM

JIM JOHNSON, Jail Administrator,
Dallas County Detention Center; and
BRIAN SHADDOCK, Jailer/Ex-Jail
Administrator, Dallas County
Detention Center                                                  DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Dunn's complaint will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 October 2016