IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER TERRESS DUNN                                    PLAINTIFF

v.                          No. 5:16-cv-249-DPM

JIM JOHNSON, Jail Administrator,
Dallas County Detention Center; and
BRIAN SHADDOCK, Jailer/Ex-Jail
Administrator, Dallas County
Detention Center                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 October 2017